# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

CASE NO.: CV-06-4935-R                                          Date: **September 18, 2006**

TITLE: MICHELLE McCURRY et al V. ON LINE CREATIONS INC et al
================================================================

PRESENT:

HON. MANUEL L. REAL, JUDGE

| William Horrell | Leonore LeBlanc |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

Daniel Noveck                                                    Marc Mayer

PROCEEDINGS: 1) Defendant's motion to dismiss claims of plaintiff M McCurry
             2) Defendant's petition to compel arbitration of claims of T Holliday

**The Court ORDERS the hearing on these motions continued
until October 16, 2006 at 10:00 a.m. The parties shall file
briefs on the issues of demurrer and jurisdiction by October 3, 2006.**

DOCKETED ON CM
SEP 21 2006

5 min

MINUTES FORM 90                                    Initials of Deputy Clerk   WH
CIVIL -- GEN