MITCHELL SILBERBERG & KNUPP LLP
ADAM LEVIN (State Bar No. 156773)
MARC E. MAYER (State Bar No. 190969)
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendant
On Line Creations, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE McCURRY, an individual; TIFFANY HOLLIDAY, an individual; CHRISTINE VINSON, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>ON LINE CREATIONS, INC., d/b/a MAC AND BUMBLE; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. CV 06 4935 R (JTLx)<br><br>[PROPOSED] ORDER RE:<br><br>(1) MOTION TO DISMISS CLAIMS OF MICHELLE MCCURRY<br><br>(2) MOTION TO COMPEL ARBITRATION OF CLAIMS OF TIFFANY HOLIDAY |

On October 16, 2006, this Court, The Honorable Manuel Real presiding, heard argument on (1) the Motion of Defendant On Line Creations, Inc. ("OLC") to Dismiss the Claims of Plaintiff Michelle McCurry; and (2) the Motion of OLC to Compel Arbitration of the Claims of Plaintiff Tiffany Holliday. Daniel Noveck of the Law Offices of Cyrus and Cyrus PLC appeared for the Plaintiffs. Marc E. Mayer of Mitchell Silberberg & Knupp LLP appeared for OLC.

**THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).**

**IT HEREBY IS ORDERED AS FOLLOWS:**

1. OLC's Motion to Compel Arbitration of the claims of Plaintiff Tiffany Holliday is GRANTED. The claims of Plaintiff Tiffany Holliday, including Holliday's First through Ninth Causes of Action hereby are dismissed without prejudice.

2. This Court hereby declines to exercise its supplemental jurisdiction pursuant to 28 U.S.C. § 1367 over the remainder of Plaintiffs' Amended Complaint, including the First through Ninth Causes of Action set forth therein.

3. OLC's Motion to Dismiss the Claims of Michelle McCurry hereby is deemed MOOT in light of this Court's decision to decline to exercise its supplemental jurisdiction over McCurry's First through Ninth Causes of Action. Such order is without prejudice to the re-filing of OLC's Motion, or any similar motion, in the California Superior Court for the County of Los Angeles.

4. The Amended Complaint of Plaintiffs Michelle McCurry, Christine Vinson, and Jami Miller, including the First through Ninth Causes of Action set forth therein, hereby is REMANDED to the California Superior Court for the County of Los Angeles.

Dated: Oct. 30, 2006

_____
Judge, United States District Court

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, California 90064-1683.

On October 26, 2006, I served a copy of the foregoing document described as **[PROPOSED] ORDER RE: (1) MOTION TO DISMISS CLAIMS OF MICHELLE MCCURRY; AND (2) MOTION TO COMPEL ARBITRATION OF CLAIMS OF TIFFANY HOLIDAY** on the interested parties in this action at their last known address as set forth below by taking the action described below:

Daniel Noveck, Esq.
Cyrus John Nownejad, Esq.
LAW OFFICES OF CYRUS & CYRUS, PLC
9935 South Santa Monica Boulevard
Beverly Hills, CA 90212
Telephone No.: (310) 623-1676
Facsimile No.: (310) 271-6893

*Attorneys for Plaintiffs*

☒ **BY MAIL:** I placed the above-mentioned document in a sealed envelope addressed as set forth above, and deposited each envelope in the mail at Los Angeles, California. Each envelope was mailed with postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on October 26, 2006, at Los Angeles, California.

Kathy Gould

Mitchell Silberberg & Knupp LLP
1048348.1

1